AO 442 (Rev. 01/09) Arrest Warrant

9620936

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

Case: 1:23-mj-226
Assigned To: Magistrate Judge G. Michael Harvey
Assign. Date: 8/23/2024
Description: Rule 5 Arrest Warrant

| United States of America | ) | | |
| --- | --- | --- | --- |
| v. | ) | | |
| | ) | Case No. | 1:17cr67 |
| | ) | | |
| Preston Grayson Holmes, III | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Preston Grayson Holmes, III

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☒ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

See attached petition.

Date:   06/30/2022

*Issuing officer's signature*

City and state:       Alexandria, VA

D. Van Metre, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/30/22, and the person was arrested on *(date)* 8/23/23
at *(city and state)* Washington, DC

Date: 8/23/23

*Arresting officer's signature*

Ryan Owens DUSM
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)